UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**       )<br>                                                              )<br>v.                                                           )<br>                                                              )<br>**NICHOLAS DJOKICH,**                      )<br>    **Defendant**                                     ) | Cr. No.  08 CR 10346-MLW |

### DEFENDANT'S MOTION FOR LEAVE FROM DETENTION FACILITY FOR NECESSARY DENTAL TREATMENT

The defendant, Nicholas Djokich, by and through his undersigned counsel, respectfully moves this Honorable Court to grant him brief and temporary leave from physical detention at the Wyatt Detention Center in the custody of the U.S. Marshals for the purpose of necessary dental treatment.

As grounds for this motion, the defendant proffers the following:

1. Since early October 2009 the defendant has been complaining of pain in a back molar and expressing an inability to chew properly because of this discomfort, grievance forms related to this were submitted to Wyatt by the defendant and are attached hereto as part of exhibit 1. ;

2. The defendant received a dental exam by Dr. Bickham at the Wyatt facility on October 30, 2009, her dental records and notes are attached hereto as exhibit 1. Dr. Bickham notes "Pt (patient) presents with tooth #14 decay and broken posterior composite…advanced decay. No PA xray taken today.  Explained tooth needs a root canal…PT does not want tooth extracted. Extensive crown and bridgework present." ;

3. The defendant continued with pain and after further calls to the facility by undersigned counsel was seen again by Dr. Bickham on November 13, 2009, the record and notes are part of exhibit 1. Dr. Bickham notes state "IPA #14 advanced decay. Periodental

problem, bone loss and furcation involvement. PT would need specialist (endodontist)(root canal specialist) to determine if tooth is restorable. Tooth may also require perio treatment.";

4. Undersigned counsel was informed on November 16, 2009 by the Wyatt Health Services department that Wyatt was prepared to send the defendant to a specialist outside the facility and had submitted a request for his release to the U.S. Marshals for permission to do so ;

5. On December 8, 2009 after several call to the Marshals undersigned counsel was informed by U.S. Marshal Christopher Clifford that the Marshal's Headquarters had reviewed the matter and refused Wyatt's request for the defendant to receive outside dental care.

6. It is undersigned counsels understanding that the Marshals have taken the view that this treatment is an elective procedure and not necessary and that simple extraction of the tooth is a viable option;

7. The defendant has never had a tooth extracted and wishes to keep the tooth which is presently in need of treatment;

8. The defendant is held on bail while awaiting trial. Dental records note that he is in immediate need of specialized treatment if he is to save his tooth which at this point is cracked and causing severe pain.

9. It is respectfully suggested that a necessary medical procedure of a pre-trial inmate cannot be prohibited by the U.S. Marshals by being classified as elective since removal of the body part is always an option;

WHEREFORE, in keeping with humane treatment, the defendant respectfully requests this Honorable Court grant him brief and temporary physical leave from the Wyatt Detention Center as approved by the facility to receive the above-described necessary dental treatment. The defendant further respectfully request this Honorable Court order the Wyatt Detention Center to allow for the defendant's temporary release and leave to seek dental treatment, and order the U.S. Marshals Service to transport and guard the defendant during his course of treatment.

        Respectfully submitted,
        Nicholas Djockich

By his attorney,

*/s/ Frank Fernandez*

_____
Francisco Fernandez BBO#653771
R. Bradford Bailey BBO#549740
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114

Dated: December 9, 2009                    (617) 227-2800


Certificate of Service

    I, Frank Fernandez, hereby certify that a true copy of the foregoing *Defendant's Motion for Leave from Detention Facility for Necessary Dental Treatment* was served upon Assistant United States Attorney Robert Richardson, and all other parties registered with CM/ECF in connection with this matter by electronically filing the same via the ECF system on this the 9th day of December 2009.

*/s/ Frank Fernandez*

_____
Frank Fernandez

3