UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) ) | Cr. No.  08 CR 10346-MLW |
| NICHOLAS DJOKICH,<br>Defendant | ) ) ) ) | |

**DEFENDANT'S REQUEST FOR RECONSIDERATION OF THE DENIAL OF HIS REQUEST FOR OFF SITE DENTAL CARE**

The defendant, Nicholas Djokich ("the defendant"), by and through his undersigned counsel, respectfully moves this Honorable Court to reconsider the denial below by The Honorable Magistrate Judge Timothy Hillman of his request to receive dental treatment, at his own expense, away from the Plymouth House of Corrections, in custody of the U.S. Marshal. As grounds, the defendant avers and states that he is unable to receive a necessary root canal within the facility where he is currently being held.[1] The U.S. Marshal, who is responsible for his continued care and custody, have asserted that they do not consider a root canal to be a necessary medical procedure.  Instead, they describe a root canal as "elective" in nature and point to extraction of the teeth as a viable alternative, which they maintain can be performed on site, at the facility. The defendant opposes the unnecessary extraction of his teeth and remains in significant pain in his present condition.  He wishes to avoid resorting to such an extreme medical procedure, especially when his teeth can be preserved, and his pain alleviated, via a standard root canal.

---

[1] The defendant is detained, without bail, at the Plymouth County House of Corrections, pending a sentencing date before this Honorably Court on October 20, 2010.

## I. PROCEDURAL HISTORY

The defendant made an original request for a root canal related to one tooth on December 9, 2009.  The motion and exhibits pertaining to this request were filed under document #80 within the ECF docket system.  A related hearing was held before the Honorable Magistrate Judge Timothy Hillman on January 4, 2010, after which the defendant's request was denied. The defendant has since had this same tooth filled within the facility, as a temporary solution to avoid possible extraction. That measure did not resolve the situation and, recently, his dental condition has worsened to include a second tooth, also requiring a root canal and causing extensive pain for the defendant.  Because the defendant's worsened condition directly affects his ability to eat, sleep, and tolerate exposure to liquid temperature extremes (hot/cold), a second request for treatment was filed with accompanying medical records on August 27, 2010 in the ECF docket system as document #199.  A related hearing took place on September 10, 2010 pertaining to the defendant's second request for dental care/treatment.  This second request was also denied by the Honorable M.J. Hillman.  The defendant is now seeking reconsideration of that denial by this Honorable Court.

## II. ARGUMENT

As was stated at the last hearing, the defendant is willing to incur the full expense of his requested dental treatment.  Moreover, as outlined in the above referenced motions, he considers a root canal the only medically appropriate treatment.  He does not believe it to be elective, as construed by the U.S. Marshals, and feels the Marshal's suggestion that the tooth be extracted, on site, is extreme, unnecessary, and inhumane.  He has located a suitable dental office in Plymouth, which can perform the surgery.  Because of this, it is respectfully suggested that the surgery can be performed at a nearby location without discernable inconvenience either to the facility or the U.S. Marshals.

WHEREFORE, in keeping with humane treatment and his 8th Amendment guarantees under the United States Constitution, the defendant respectfully appeals the denial below and hereby requests this Honorable Court grant him the relief requested in his original motion filed

on August 27, 2010, document #199, allowing for brief and temporary physical leave from the Plymouth House of Corrections, in the custody of the U.S. Marshal, as approved by the facility, to receive the above-described necessary dental treatment. The defendant further respectfully requests this Honorable Court order the Plymouth House of Corrections and U.S. Marshal to allow for the defendant's temporary release for the proposed course of treatment and that the U.S. Marshal assign a Deputy to escort him to and from the facility for the stated purpose.

Respectfully submitted,
Nicholas Djockich
By his attorney,

*/s/ Frank Fernandez*

_____
Francisco Fernandez BBO#653771
R. Bradford Bailey BBO#549740
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, MA  02114
Dated: September 22, 2010            (617) 227-2800

Certificate of Service

I, Frank Fernandez, hereby certify that a true copy of the foregoing *Defendant's Request for reconsideration of denial of dental treatment* was served upon Assistant United States Attorney Robert Richardson, and all other parties registered with CM/ECF in connection with this matter by electronically filing the same via the ECF system on this the 22nd day of September, 2010.

*/s/ Frank Fernandez*

_____
Frank Fernandez