**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No.  08 CR 10346-MLW |
| | ) | |
| **NICHOLAS DJOKICH,** | ) | |
| Defendant | ) | |

### DEFENDANT'S REQUEST FOR COURT TO ORDER THE BUREAU OF PRISON'S TO ABIDE PREVIOUS ORDER FOR DENTAL CARE

On October 7, 2010 this Honorable Court granted the defendant's motion to receive a root canal and crown procedure at his own expense by ordering that the U.S. Marshals either make these services available at the facility where he was detained or transport him to a private facility to obtain proper dental care.(see entry #207 of docket)

At this time Nicholas Djokich is at MDC Brooklyn, he has not received the dental care ordered and has been placed on antibiotics.  It is respectfully requested that the U.S. Marshals and/or Bureau of Prisons be ordered to abide by the Court's previous order or respond to their refusal to obey such order.

Mr. Djokich's dental condition continues to deteriorate and a lack of treatment will certainly affect the ability to preserve the teeth. His family still remains able to pay for the treatment.  It is requested that an order issue to enforce the Court's previous order without a hearing, undersigned counsel is available if the Court wishes and the defendant presence would be waived by the defense.

                                            Respectfully submitted,
                                            Nicholas Djockich
                                            By his attorney,

                                            */s/ Frank Fernandez*

                                            Francisco Fernandez BBO#653771
                                            R. Bradford Bailey BBO#549740
                                            DENNER♦PELLEGRINO, LLP
                                            Four Longfellow Place, 35th Floor
                                            Boston, MA  02114
Dated: December 17, 2010             (617) 227-2800


## Certificate of Service

    I, Frank Fernandez, hereby certify that a true copy of the foregoing *Defendant's Request for reconsideration of denial of dental treatment* was served upon Assistant United States Attorney Robert Richardson, and all other parties registered with CM/ECF in connection with this matter by electronically filing the same via the ECF system on this the 17th day of December, 2010.

                                            */s/ Frank Fernandez*

                                            Frank Fernandez